*MADE JS-6*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-8000-GW(OPx) | Date | May 25, 2012 |
|---|---|---|---|
| Title | *Seanna Lackey v. Sylvan Learning Center, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**     **NOTICE OF DISMISSAL BY COURT**

     The Court has received Plaintiff Seanna Lackey's Declaration re: Order to Show Cause for Dismissal, filed on May 21, 2012. Based on the declaration, the Court hereby dismisses the above-entitled action without prejudice.

Initials of Preparer     JG